Before STATE INDUSTRIAL BOARD, Respondent. ANNA KOMINSKY, Claimant, Respondent, v. SYRACUSE LIGHTING COMPANY, Appellant.— Award reversed and matter remitted to the State Industrial Board, on the ground that there are no facts or circumstances corroborating the hearsay evidence of an accidental injury which caused or activated the disease of which the deceased died (*Matter of Belcher* v. *Carthage Machine Co.*, 224 N. Y. 326; *Matter of Hansen* v. *Turner*

*Construction Co.*, Id. 331), with costs against the State Industrial Board. All concur.